UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)
v. ) NO. 3:12-00196
) JUDGE CAMPBELL
ABDULLAHI FARAH )


ORDER


Having been mentioned by name in the text of the Indictment, I hereby recuse myself

from this action.

IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE