UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00196 |
| | ) | JUDGE SHARP |
| ABDULLAHI FARAH | ) | |

**O R D E R**

Pending before the Court are Motion to Dismiss Indictment (Docket No. 22) and Motion to Dismiss Indictment for Selective Prosecution (Docket No. 40).

A hearing on these motions is hereby scheduled for Monday, March 18, 2013 at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE