# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:12-cr-00196** |
| | ) | **Judge Sharp** |
| **ABDULLAHI FARAH** | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, Defendant's Motion for Judgment of Acquittal (Docket No. 76) is hereby GRANTED with respect to Count I and DENIED in all other respects.

A sentencing hearing is set for Monday, July 29, 2013, at 10:00 a.m. in Courtroom A-826.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE