UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-00196 |
| v. | ) | Judge Sharp |
| | ) | |
| ABDULLAHI FARAH | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Title 18 U.S.C. § 3742(b)(2) and Title 18 U.S.C. § 3742(b)(3) that the United States of America, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered at Docket Entry 93 entered August 23, 2013.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

By:  s/Van S. Vincent
VAN S. VINCENT
Assistant U. S. Attorney
110 9th Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
FAX: (615) 736-5323

CERTIFICATE OF SERVICE

     I, hereby certify that a true copy of the forgoing was sent via the Court's electronic filing system or, if not registered, deposited in the United States mail to the following on this 6th day of September 2013.

                                    **s/Van S. Vincent**
                                      VAN S. VINCENT
                                    Assistant United States Attorney

James E. MacklerBone, McAllester & Norton, PLLC
Counsel for Witness Abdullahi Farah
511 Union Street Suite 1600 Nashville, TN 37219
(615) 248-4668
(615) 238-6312 Fax:
Email: jmackler@bonelaw.com